UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AARON DOEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:23-cv-139 |
| v. ) | |
| ) | Judge Atchley |
| CORE CIVIC, ) | |
| UNIT MANAGER CHERRY, ) | Magistrate Judge McCook |
| OFFICER BALDWIN, and ) | |
| INMATE GOODWIN, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed herewith, this prisoner's pro se complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b), and Plaintiff is **ASSESSED** the filing fee of $402.00. The Clerk is **DIRECTED** to provide a copy of the Memorandum Opinion and this Order to Plaintiff's custodian and the Court's financial deputy.

Because the Court has **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

> */s Charles E. Atchley, Jr.*
> **CHARLES E. ATCHLEY, JR.**
> **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *LeAnna R. Wilson*
  CLERK OF COURT